HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br>    Defendant. | ) Case No: 2:23-cr-0155-DAD<br>)<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE AND EXCLUDE<br>) TIME<br>)<br>) District Judge Dale A. Drozd<br>) New Date: September 26, 2023<br>) Time:         9:30 a.m.<br>) |
|---|---|

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the status conference currently set for August 29, 2023, be continued to Tuesday, September 26, 2023 at 9:30 a.m., and that time be excluded for preparation of counsel.

The indictment in this matter was filed on June 22, 2023.  The government has produced discovery that consists of approximately 1,500 pages of Bates-stamped documents and has additional cell phone databases and other electronic items for defense review, most of which is covered by a protective order.

Since the start of the case, Defense counsel has been reviewing and analyzing the above, conducting legal research, meeting with her client, and otherwise preparing for trial or to resolve the case. The above tasks are ongoing, and the defense requires additional time to review discovery, discuss the case with her client and the Government, and continue to prepare.  The

parties believe that failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties stipulate and request that the Court exclude time between the date of the filing of this stipulation through the new status conference date of September 26, 2023 under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4). The parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

Date: August 22, 2023

           HEATHER E. WILLIAMS
           Federal Defender

           /s/ Rachelle Barbour
           RACHELLE BARBOUR
           Attorney for Defendant
           CHRISTOPHER CAMPBELL

DATED: August 22, 2023           PHILLIP A. TALBERT
           United States Attorney

           /s/ Emily Sauvageau
           EMILY SAUVAGEAU
           Assistant U.S. Attorney
           Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **August 22, 2023**        _/s/ Dale A. Drozd_
           UNITED STATES DISTRICT JUDGE