1  PHILLIP A. TALBERT
   United States Attorney
2  DHRUV M. SHARMA
   EMILY G. SAUVAGEAU
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone:  (916) 554-2700
5  Facsimile:  (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,          CASE NO.  2:23−CR−00155−DAD
12
                      Plaintiff,       STIPULATION TO MODIFY SCHEDULE FOR
13                                      DISCLOSURE OF PRE-SENTENCE REPORT AND
            v.                          ASSOCIATED DATES, AND TO CONTINUE
14                                      SENTENCING HEARING; ORDER
   CHRISTOPHER ERIC CAMPBELL,
15                                      CURRENT JUDGMENT AND SENTENCING:
                      Defendant.        February 6, 2024
16                                      PROPOSED NEW JUDGMENT AND
                                        SENTENCING: March 12, 2024
17
18                                      TIME: 9:30 a.m.
                                        COURT: Hon. Dale A. Drozd
19

20                           **STIPULATION**

21         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

22  through defendant's counsel of record, hereby stipulate as follows:

23         1.      On September 26, 2023, the Court issued a schedule regarding the disclosure of a pre-

24  sentence report, the dates to file objections and a date for judgment and scheduling in this matter. *See*

25  ECF No. 16.

26         2.      Because of a backlog with the U.S. Probation Office and at the request of the Probation

27  Officer, the parties have agreed to, and hereby request that the Court adopt, a modification of the

28  schedule and a continuation of the date set for judgment and sentencing as follows:

| | |
|---|---|
| Judgment and sentencing date | 3/12/2024 |
| Reply or statement of non−opposition | 3/5/2024 |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 2/27/2024 |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | 2/20/2024 |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 2/13/2024 |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | 1/30/2024 |

    IT IS SO STIPULATED.

Dated:  January 5, 2024                         PHILLIP A. TALBERT
                                                United States Attorney


                                                 /s/ DHRUV M. SHARMA
                                                DHRUV M. SHARMA
                                                Assistant United States Attorney


Dated:  January 5, 2024                          /s/ RACHELLE BARBOUR
                                                RACHELLE BARBOUR
                                                Counsel for Defendant
                                                CHRISTOPHER ERIC
                                                CAMPBELL

1

## ORDER

2          Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this

3    case is continued to March 12, 2024 at 9:30 a.m. and the parties' proposed schedule for presentence

4    report disclosure and the filing of objections thereto is adopted.

5          IT IS SO ORDERED.

6    Dated:   **January 8, 2024**

7                                                    DALE A. DROZD
                                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28