HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br>    Defendant. | Case No: 2:23-cr-0155-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING AND PSR DATES<br><br>District Judge Dale A. Drozd<br>New Date: April 9, 2024<br>Time:         9:30 a.m. |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, DHRUV SHARMA, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the judgment and sentencing date currently set for March 12, 2024, be continued to Tuesday, April 9, 2024, at 9:30 a.m., and that the PSR schedule be reset as follows:

| | |
|---|---|
| Informal Objections | February 27, 2024 |
| Final PSR | March 5, 2024 |
| Formal Objections | March 26, 2024 |
| Response or Non-Opposition | April 2, 2024 |
| J&S Hearing | April 9, 2024 |

//

//

Stipulation/Order – Campbell                                        1

This continuance is requested to allow defense counsel time to go over the Draft PSR with her client, who is in a remote facility in Taft, California. The Probation Officer concurs with these dates.

Date: February 13, 2024

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Rachelle Barbour
                                          RACHELLE BARBOUR
                                          Attorney for Defendant
                                          CHRISTOPHER CAMPBELL

Date:  February 13, 2024              PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ Dhruv Sharma
                                          DHRUV SHARMA
                                          Assistant U.S. Attorney
                                          Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The sentencing date currently set for March 12, 2024, is continued to Tuesday, April 9, 2024, at 9:30 a.m. and the proposed schedule is adopted.

IT IS SO ORDERED.

Dated:  **February 13, 2024**

                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE