PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
DHRUV M. SHARMA
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ERIC CAMPBELL,<br><br>Defendant. | 2:23-CR-00155-DAD<br><br>APPLICATION FOR FINAL ORDER OF FORFEITURE AND ORDER |

The United States of America, by and through its counsel, respectfully applies for entry of a Final Order of Forfeiture in the above-captioned case, and in support thereof represents to the Court the following facts:

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in its Application for Preliminary Order of Forfeiture and Publication Thereof filed on December 4, 2023.

2. On or about December 5, 2023, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Christopher Eric Campbell in the following property:

   a. Apple iPad, Serial Number: PXD93N7YYX, and
   b. Samsung cell phone, Serial Number: R5CR117J81Y.

3. Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), third parties

asserting a legal interest in the above-listed forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

4. Beginning on December 7, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. A Declaration of Publication was filed on January 8, 2024.

5. No third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture, as follows:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Christopher Eric Campbell.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection - Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: 5/2/2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Emily G. Sauvageau
EMILY G. SAUVAGEAU
Assistant U. S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **May 2, 2024**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE