HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br>　　　Defendant. | Case No:  2:23-cr-0155-DAD<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>New Date: July 16, 2024<br>Time: 9:30 am<br>Judge: Dale A. Drozd |

　　　IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the restitution hearing currently set for June 11, 2024, be continued to July 16, 2024.

　　　/ / /

　　　/ / /

　　　/ / /

1

2

The additional time is to allow defense counsel to contact claimants' attorneys and
discuss the possibility of resolving.

3

4

5

Date: May 29, 2024

HEATHER E. WILLIAMS
Federal Defender

6

7

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
CHRISTOPHER CAMPBELL

8

9

10

Date: May 29, 2024

PHILLIP A. TALBERT
United States Attorney

11

12

/s/ Emily Sauvageau
EMILY SAUVAGEAU
Assistant U.S. Attorney
Attorney for the United States

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Accordingly, the restitution hearing currently set for June 11, 2024, is continued to July 16, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **May 29, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Stipulation/Order – Campbell                                   3