HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br>　　　　Defendant. | Case No: 2:23-cr-0155-DAD<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>New Date: September 24, 2024<br>Time: 9:30 am<br>Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the restitution hearing currently set for July 16, 2024, be continued to September 24, 2024, at 9:30 a.m.

/ / /

/ / /

/ / /

Stipulation/Order – Campbell　　　　　　　　1

The additional time is requested to allow defense counsel to contact claimants' attorneys to discuss the possible resolution of the outstanding claims.

Date: July 11, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Attorney for Defendant
CHRISTOPHER CAMPBELL

Date: July 11, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Emily Sauvageau
EMILY SAUVAGEAU
Assistant U.S. Attorney
Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The restitution hearing currently set for July 16, 2024, is continued to September 24, 2024, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __July 11, 2024__

DALE A. DROZD
UNITED STATES DISTRICT JUDGE