1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
3  OFFICE OF THE FEDERAL DEFENDER
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Tel: 916-498-5700/Fax: 916-498-5710
5
   Attorney for Defendant
6  CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 2:23-cr-0155-DAD |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) RESTITUTION HEARING |
| CHRISTOPHER CAMPBEL | ) |
| Defendant. | ) New Date: October 15, 2024 |
| | ) Time: 9:30 am |
| | ) Judge: Dale A. Drozd |
| | ) |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the restitution hearing be continued to October 15, 2024.

/ / /

/ / /

/ / /

Stipulation/Order – Campbell                1

The additional time is to allow defense counsel to contact claimants' attorneys and discuss the possibility of resolving.

Date: September 16, 2024

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        CHRISTOPHER CAMPBELL

Date: September 16, 2024

        PHILLIP A. TALBERT
        United States Attorney

        /s/ Emily Sauvageau
        EMILY SAUVAGEAU
        Assistant U.S. Attorney
        Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The restitution hearing in this case is continued to October 15, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE