| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
| | Tel: 916-498-5700/Fax: 916-498-5710 |

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:23-cr-0155-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | RESTITUTION HEARING |
| CHRISTOPHER CAMPBELL, | ) | |
| Defendant. | ) | New Date: February 24, 2025 |
| | ) | Time: 9:30 am |
| | ) | Judge: Hon. Dale A. Drozd |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the restitution hearing currently set for January 13, 2025, be continued to February 24, 2025, at 9:30 a.m.

/ / /

/ / /

/ / /

Stipulation/Order – Campbell           1

The additional time is requested to allow defense counsel to correspond with the claimants' attorneys to discuss the possible resolution of the outstanding claims.

Date: January 6, 2025

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        CHRISTOPHER CAMPBELL

Date: January 6, 2025

        PHILLIP A. TALBERT
        United States Attorney

        /s/ Emily Sauvageau
        EMILY SAUVAGEAU
        Assistant U.S. Attorney
        Attorney for the United States

## O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **January 7, 2025**

        DALE A. DROZD
        UNITED STATES DISTRICT JUDGE