HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br>    Defendant. | Case No:  2:23-cr-0155-DAD<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>New Date: April 7, 2025<br>Time: 9:30 am<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that the restitution hearing currently set for February 24, 2025, be continued to April 7, 2025, at 9:30 a.m.

/ / /

/ / /

/ / /

Stipulation/Order – Campbell                              1

The additional time is requested to allow defense counsel to correspond with the claimants' attorneys to discuss the possible resolution of the outstanding claims.   Defense counsel must also speak with Mr. Campbell (at BOP) about any possible resolution.

Date: February 20, 2025

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ Rachelle Barbour
    RACHELLE BARBOUR
    Attorney for Defendant
    CHRISTOPHER CAMPBELL

Date: February 20, 2025

    MICHELE BECKWITH
    Acting United States Attorney

    /s/ Emily Sauvageau
    EMILY SAUVAGEAU
    Assistant U.S. Attorney
    Attorney for the United States

O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The restitution hearing previously scheduled for February 24, 2025, is continued to April 7, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **February 20, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE