HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CHRISTOPHER CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CAMPBELL,<br><br>Defendant. | Case No:  2:23-cr-0155-DAD<br><br>STIPULATION AND ORDER RE: RESTITUTION<br><br>Date: April 7, 2025<br>Time: 9:30 am<br>Judge: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, EMILY SAUVAGEAU, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, CHRISTOPHER CAMPBELL, that restitution be ordered as follows and that the upcoming court date be dropped from calendar.

The parties agree that a restitution order is appropriate under 18 U.S.C. section 2259(a), and that restitution be ordered in the following amounts:

| | | |
|---|---|---|
| "Chelsea" | Restore the Child, PLLC | $3,500 |
| "Angela" | Restore the Child, PLLC | $3,000 |
| "April" | Restore the Child, PLLC | $5,000 |
| "Henley" | Deborah A Bianco, P.S. | $3,000 |
| "Jane" | Marsh Law Firm PLLC | $4,000 |
| "Jenny" | Marsh Law Firm PLLC | $4,000 |
| "Taylor" | UT Crime Victims Legal Clinic | $3,000 |
| "Pia" | Deborah A Bianco, P.S. | $5,000 |

Stipulation/Order re: Restitution – Campbell         1

| "Ali" | Moore & Van Allen PLLC | $3,000 |
| "Maria" | Carol Hepburn | $3,000 |
| "Lily" | Carol Hepburn | $3,000 |
| "Lily" | Jones Day | $3,000 |
| "Sloane" | Carol Hepburn | $3,000 |

The total of these amounts is $45,500.

The parties request that the restitution order include the following language:

**IT IS ORDERED** that the defendant shall pay restitution to the victims in the amount of $45,500.00 as outlined in the stipulation of the parties, payment to begin immediately. The interest on restitution and special assessments is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to the victims. If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of no more than 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program. It is the Court's intention that the Bureau of Prisons follow this payment schedule while Mr. Campbell is incarcerated.

Date: April 2, 2025

        HEATHER E. WILLIAMS
        Federal Defender

        /s/ Rachelle Barbour
        RACHELLE BARBOUR
        Attorney for Defendant
        CHRISTOPHER CAMPBELL

Date: April 2, 2025        MICHELE BECKWITH
        Acting United States Attorney

        /s/ Emily Sauvageau
        EMILY SAUVAGEAU
        Assistant U.S. Attorney
        Attorney for the United States

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. An amended judgment shall issue which includes the restitution language set forth above. The matter is dropped from the court's upcoming calendar.

IT IS SO ORDERED.

Dated: **April 2, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE